# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| SANDRA LEE BROWN, | ) |
| Petitioner, | ) |
| vs. | ) CIVIL ACTION 13-0148-CG-M |
| | ) CRIMINAL NO. 11-00220-CG-M |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner's Motion to Vacate (Doc. 78) be **DENIED** and that this action be **DISMISSED**. It is further **ORDERED** that any certificate of appealability filed by Petitioner be **DENIED** as she is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 10th day of September, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE