IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SANDRA LEE BROWN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION 13-0148-CG-M |
| | ) | CRIMINAL NO. 11-00220-CG-M |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of Respondent, the United States of America, and against Petitioner Sandra Lee Brown. It is further **ORDERED** that any certificate of appealability filed by Petitioner be **DENIED** as she is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 10th day of September, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE